IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| CARMEN M. HUERTAS, | CIVIL ACTION |
|---|---|
| Plaintiff, | |
| v. | |
| MICHAEL J. ASTRUE[1], Commissioner of Social Security, | NO. 12-2071 |
| Defendant. | |

# O R D E R

**AND NOW,** this 6th day of March, 2013, upon consideration of the Request for Review filed by plaintiff, Carmen M. Huertas, Defendant's Response to Request for Review of Plaintiff, and after review of the record in this case, and the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa dated January 31, 2013, no objections having been filed, **IT IS ORDERED** as follows:

1. The Report and Recommendation of United States Magistrate Judge Linda K. Caracappa dated January 31, 2013 is **APPROVED** and **ADOPTED**; and,

2. Plaintiff, Carmen M. Huertas', Request for Review is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **MARK** this case **CLOSED**.

                                      **BY THE COURT:**

                                      s/ Jan E. DuBois
                                      **DuBOIS, JAN E., J.**

---

[1] Michael J. Astrue became Commissioner of Social Security on February 14, 2007. Pursuant to Fed. R. Civ. Pr. 25(d)(1), he is automatically substituted for Jo Anne B. Barnhart as defendant in this matter.